UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE V. ROBERSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ROXANNE GONZALES,<br><br>　　　　Defendant. | 1:23-cv-01227-GSA-PC<br><br>**ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY RE-DESIGNATE THIS CASE AS A 440 CIVIL ACTION AND RANDOMLY REASSIGN THE CASE TO A MAGISTRATE JUDGE OTHER THAN MAGISTRATE JUDGE GARY S. AUSTIN** |

　　　　This case was filed by plaintiff Maurice V. Roberson, a civil detainee at Coalinga State Hospital in Coalinga, California, proceeding *pro se*. The case was inadvertently designated at opening as a prisoner conditions-of-confinement case.

　　　　Accordingly, the Clerk's Office is **HEREBY DIRECTED** to:

　　　　1.　　Re-designate this case as a 440 civil action;

　　　　2.　　Randomly reassign this case to a magistrate judge other than Magistrate Judge Gary S. Austin; and

　　　　3.　　The parties shall omit the PC designation from the new case number.

IT IS SO ORDERED.

　　Dated:　**September 12, 2023**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE